**I. N. Ransom, appellee, v. George B. Gillespie et al., appellants.**

Assumpsit to recover money paid for nonexisting order for payment of money.    Judgment for plaintiff.    Appeal from the Circuit Court of Sangamon county; the Hon. J. B. Weaver, Judge, presiding. Heard in this court at the October term, 1918.    Reversed with finding of facts.    Opinion filed April 29, 1919.

Adolph Bernard and Thomas W. Quinlan, for appellants.    Chapin & Chapin, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Louis Jaggers, appellee, v. Cyrus M. Shelton, appellant.**

Action to recover for services rendered.    Judgment for plaintiff. Appeal from the Circuit Court of Sangamon county; the Hon. Frank W. Burton, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed.    Opinion filed April 29, 1919.

John P. Flood, for appellant.    James R. Orr, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**J. Wesley Ford et al., appellees, v. A. E. Junkens et al., appellants.**

Action to recover for breach of warranty in sale of stallion.    Judgment for plaintiffs.    Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding.    Heard in this court at the October term, 1918.    Reversed and remanded.    Opinion filed April 29, 1919.

Acton & Acton, for appellants.    Rearick & Meeks, for appellees.

Mr. Justice Waggoner delivered the opinion of the court.

---

**G. A. Deterding, appellee, v. Central Illinois Public Service Company, appellant.**

Action to recover for injury to land by obstruction of watercourse. Judgment for plaintiff.    Appeal from the Circuit Court of Christian county; the Hon. Thomas M. Jett, Judge, presiding.    Heard in this court at the October term, 1918.    Reversed and remanded.    Opinion filed April 29, 1919.

Vause, Hughes & Kiger and John E. Hogan, for appellant.    R. C. Neff, for appellee.

Mr. Justice Waggoner delivered the opinion of the court.

---

**Clarence Prevo, appellee, v. Paul Kuhn & Company, appellant.**

Assumpsit to recover balance due under sale contract.    Judgment for plaintiff.    Appeal from the Circuit Court of Clark county; the Hon. Walter Brewer, Judge, presiding.    Heard in this court at the April term, 1918.    Affirmed.    Opinion filed July 9, 1919.

Samuel M. Scholfield and John J. Arney, for appellant.    Everett Connelly, for appellee.

Mr. Justice Eldredge delivered the opinion of the court